JOHN C. BOYDEN, ESQ.
(SBN 3917)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
Attorneys for Plaintiff

FILED / ENTERED
JUL 11 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBARA JO EOFF,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Commissioner of Social Security,

    Defendant.
_____/

CASE NO:   3:19-cv-00174-MMD-CBC

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL**

Plaintiff and Defendant, acting by and through their counsel, hereby stipulate and agree, that Plaintiff shall have up to and including **Monday, September 16, 2019**, to file her Motion for Remand and/or Reversal regarding the above-mentioned case.

DATED this 9th day of July, 2019.

    ERICKSON, THORPE & SWAINSTON, LTD.
    P.O. Box 3559
    Reno, NV 89505

    BY:    /s/ John C. Boyden
    JOHN C. BOYDEN, ESQ.
    Attorneys for Plaintiff

DATED this 9th day of July, 2019.

    UNITED STATES ATTORNEY
    Assistant Regional Counsel
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105

    BY:    /s/ Michael K. Marriott
    MICHAEL K. MARRIOTT, ESQ.
    Attorneys for Defendant

\* \* \* \* \* \* \*

## ORDER

Having considered the within Stipulation for extension of time to file the Motion for Remand and/or Reversal, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff BARBARA JO EOFF shall have up to and including **Monday, September 16, 2019**, to file her Motion for Remand and/or Reversal in the above-captioned case.

DATED this 11th day of July, 2019.

_____
United States Magistrate Judge