NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

✓ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 21 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO DIVISION

| | |
|---|---|
| BARBARA JO EOFF, | Case No: 3:19-cv-00174-MMD-CBC |
| Plaintiff | ORDER |
| v. | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM |
| ANDREW SAUL, Commissioner of Social Security, | (First Request) |
| Defendant. | |

    Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of thirty days to Monday, November 18, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's first request for an extension.

    Defendant respectfully requests this extension of time because of a very heavy workload, including ten district court merits briefs, as well as a Ninth Circuit responsive brief, due the next month. In addition, the undersigned is taking leave time because of a wedding at the beginning of November.

-1-

On October 17, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: October 17, 2019          ERICKSON THORPE & SWAINSTON

By: /s/ John C. Boyden*
JOHN C. BOYDEN
*authorized by email October 17, 2019

Attorney for Plaintiff

Date: October 17, 2019          NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 10/21/2019

HONORABLE CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

-2-