NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO DIVISION

| | |
|---|---|
| BARBARA JO EOFF, | Case No: 3:19-cv-00174-MMD-CBC |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| ANDREW SAUL, Commissioner of Social Security, | **(Second Request)** |
| Defendant. | |

    Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of fifteen days to Tuesday, December 3, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's second request for an extension.

    Defendant respectfully requests this extension of time because of a very heavy workload accumulated from the undersigned's recent return from extended leave. In addition, the recent departure of two attorneys from the office within the last three months have resulted in increased workloads for all attorneys generally.

-1-

On November 18, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: November 18, 2019

ERICKSON THORPE & SWAINSTON

By: /s/ John C. Boyden*
JOHN C. BOYDEN
*authorized by email November 18, 2019

Attorney for Plaintiff

Date: November 18, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 11/20/2019

_____
United States Magistrate Judge