NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO DIVISION

| | |
|---|---|
| BARBARA JO EOFF, <br><br> Plaintiff <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No: 3:19-cv-00174-MMD-CLB <br><br> ORDER <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM <br><br> (Third Request) |

    Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of seventeen days to Friday, December 20, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's third request for an extension.

    Upon review of Plaintiff's MSJ and the certified administrative record, the undersigned believes that this case may warrant voluntary remand in lieu of further litigation. Defendant respectfully requests this time to attempt to obtain remand authority, because the undersigned does not have unilateral remand authority.

-1-

On December 4, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: December 4, 2019

ERICKSON THORPE & SWAINSTON

By: /s/ John C. Boyden*
JOHN C. BOYDEN
*authorized by email December 4, 2019

Attorney for Plaintiff

Date: December 4, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 12/5/2019

HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE