NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### RENO DIVISION

| | |
|---|---|
| BARBARA JO EOFF, | Case No: 3:19-cv-00174-MMD-CLB |
|     Plaintiff | |
| v. | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) with instructions to reconsider Plaintiff's mental impairments generally. Specifically, the ALJ shall reconsider the opinions of Dr. Richard Lewis, Dr. Sheri J. Hixon-Brenenstall, and Dr. David G. Jarmon. In addition, the ALJ shall take any steps necessary to develop the record regarding Plaintiff's mental impairments. The ALJ shall then reassess Plaintiff's residual functional capacity based on the entire evidence of record, complete the sequential evaluation process, and issue a new decision.

Respectfully submitted,

Date: December 19, 2019

ERICKSON THORPE & SWAINSTON, LTD.

By: /s/ John C. Boyden*
JOHN C. BOYDEN
*authorized by email on December 19, 2019
Attorney for Plaintiff

Date: December 19, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: December 20, 2019

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE