JOHN C. BOYDEN, ESQ.
(SBN 3917)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBARA JO EOFF,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Commissioner of Social Security,

    Defendant.

CASE NO: 3:19-cv-00174-MMD-CBC

**STIPULATION AND ORDER FOR EAJA FEES**

    Plaintiff and Defendant, acting by and through their undersigned counsel, hereby stipulate and agree, that Plaintiff's counsel has incurred attorneys' fees in the amount of $2,500.00 for preparation of the Motion for Remand, and costs incurred in the amount of $419.05, for a total of $2,919.05, regarding the above-referenced matter. Therefore, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, these attorney's fees and costs are to be awarded to Plaintiff in the amount of $2,919.05, and payment made payable to, and mailed to, Plaintiff's attorney, John C. Boyden, Esq.

    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to John C. Boyden, Esq. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to John C. Boyden, Esq., pursuant to the assignment executed by Plaintiff. Any payments made shall be mailed to John C. Boyden, Esq., at Erickson, Thorpe &

Swainston, Ltd., P.O. Box 3559, Reno, NV 89505.

DATED this ____ day of January, 2020.

ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505

BY: _____/s/ John C. Boyden_____
JOHN C. BOYDEN, ESQ.
Attorneys for Plaintiff

DATED this ____ day of January, 2020.

UNITED STATES ATTORNEY
Assistant Regional Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105

BY: _____/s/ Jeffrey Chen_____
JEFFREY CHEN, ESQ.
Attorneys for Defendant

\* \* \* \* \* \* \*

## ORDER

Having considered the within Stipulation for EAJA Fees, and good cause appearing,

IT IS HEREBY ORDERED that attorney's fees and costs are to be awarded to Plaintiff in the amount of $2,919.05, and payment made payable to, and mailed to, Plaintiff's attorney, John C. Boyden, Esq., of Erickson, Thorpe & Swainston, Ltd., P.O. Box 3559, Reno, NV 89505.

DATED this 30th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

-2-